UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VERONICA TROCHE, on behalf of herself and all others similarly situated,

       Plaintiff,      22-CV-07103 (JMF) (VF)

  -against-          **<u>ORDER</u>**

THE KITCHEN STORE AND NATURES PANTRY, INC.,

       Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  Any response by Plaintiff to Defendant's pending Motion to Transfer to Arkansas Federal Court (ECF No. 16) is due by no later than **<u>Tuesday, February 28, 2023</u>**. If Plaintiff fails to submit any response by that date, the Court will consider the motion fully briefed and will decide the motion on Defendant's papers alone.

  **SO ORDERED.**

DATED:  New York, New York
      January 25, 2023

                _____
                VALERIE FIGUEREDO
                United States Magistrate Judge